```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

    IN RE:                                       CASE NO. 07 B 16202
       BRET M MATTINSON
       GAIL A MATTINSON                          CHAPTER 13

                                                 JUDGE: MANUEL BARBOSA

              Debtor
       SSN XXX-XX-5402     SSN XXX-XX-6134
```

---
                          TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/05/07 and confirmed on 11/20/07.

   2.  The case was converted to Chapter 7 after confirmation, 02/10/2009.

   3.  The Debtor paid a total of $  10810.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | 5712.14 | .00 | 5712.14 |
| WELLS FARGO OPERATIONS C | SECURED | .00 | .00 | .00 |
| GESA CU | SECURED | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 57710.15 | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9752.04 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7148.74 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 8288.27 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1471.61 | .00 | .00 |
| CITY OF NORTH AURORA | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| FOX METRO WATER REC DIST | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PRAIRIE VIEW ORTHODONTIC | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 17504.59 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 7323.68 | .00 | 2222.15 |
| ILLINOIS DEPT REVENUE | UNSECURED | 1387.98 | .00 | .00 |

                  Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 5712.14 | 7323.68 | 103263.38 | .00 | 116299.20 |
| PRINCIPAL PAID | 5712.14 | 2222.15 | .00 | .00 | 7934.29 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 5712.14 | 2222.15 | .00 | .00 | 7934.29 |

The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $    3500.00
and was paid $    1200.00  direct and $    2300.00  through the plan.

The Trustee received $     575.71 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/18/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                        PAGE   2
        CASE NO. 07 B 16202 BRET M MATTINSON & GAIL A MATTINSON